# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 10, 2014

## NO. 03-13-00728-CR

**The State of Texas, Appellant**

**v.**

**Daniel Misiaszek, Appellee**

---

**APPEAL FROM COUNTY COURT AT LAW NO. 1 OF HAYS COUNTY**
**BEFORE JUSTICES PURYEAR, GOODWIN, AND FIELD**
**REVERSED AND REMANDED -- OPINION BY JUSTICE PURYEAR**

---

This is an appeal from the order entered by the district court. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the district court's order. Therefore, the Court reverses the trial court's order and remands the case for further proceedings. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.